# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 9, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155782(50)

NADIA SHUAYTO,
                    Plaintiff-Appellant,

v

LAWRENCE TECHNOLOGICAL
UNIVERSITY, BAHMAN MIRSHAB, and
MARIA VAZ,
                    Defendants-Appellees.
_____/

SC:  155782
COA:  329520
Oakland CC: 2014-139389-CD

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED.  The answer will be accepted as timely filed if submitted on or before June 30, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 9, 2017



Clerk